

**FILED**
KC
NOV 27 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

NOV 27 2007

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** FRANK RODRIGUEZ |
| **County of Residence:** | **County of Residence:** US, Outside the State of IL |
| **Plaintiff's Address:**<br>United States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL 60605 | **Defendant's Attorney:**<br>Frank Rodriguez<br>#13950-424<br>Beckley - FCI<br>P.O. Box 350<br>Beaver, WV 25813 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

07CV6661
JUDGE HOLDERMAN
MAGISTRATE JUDGE NOLAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motions to Vacate Sentence

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** M. Burke    **Date:** 11/27/07

Holderman   01 cr 567-2
Nolan