# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6661 | **DATE** | 11/29/2007 |
| **CASE TITLE** | United States of America vs. Frank Rodriguez | | |

**DOCKET ENTRY TEXT**

Frank Rodriguez's motion under § 2255 to vacate, set aside or correct sentence is taken under advisement. The government is given to December 20, 2007, to file a response.  Reply is due January 18, 2008.  The court will rule by electronic entry and provide petitioner Rodriguez a copy by mail.

Notices mailed.

**STATEMENT**

Courtroom Deputy Initials: