UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.    07 C 6661 |
| v.        ) | |
| ) | Judge James F. Holderman |
| FRANK RODRIGUEZ ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:  s/ Christopher Niewoehner
     Christopher Niewoehner
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-3500

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## **ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by Federal Express on January 7, 2008, to the following non-ECF filer:

Frank Rodriguez
#13950-424
Beckley – FCI
P.O. Box 350
Beaver, WV  25813

                                                s/Christopher Niewoehner
                                                CHRISTOPHER NIEWOEHNER
                                                Assistant United States Attorneys
                                                219 South Dearborn
                                                Chicago, Illinois  60604
                                                (312) 353-3500