UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   07 C 6661 |
| v. ) | |
| ) | Judge James F. Holderman |
| FRANK RODRIGUEZ ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 10, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge James F. Holderman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**,

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ Christopher Niewoehner
Christopher Niewoehner
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-3500

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by Federal Express on January 7, 2008, to the following non-ECF filer:

Frank Rodriguez
#13950-424
Beckley – FCI
P.O. Box 350
Beaver, WV  25813

                                                s/Christopher Niewoehner
                                                CHRISTOPHER NIEWOEHNER
                                                Assistant United States Attorneys
                                                219 South Dearborn
                                                Chicago, Illinois  60604
                                                (312) 353-3500