MHN

07CV6661

From: FRANK RODRIGUEZ #13950-424

To: MAGISTRATE JUDGE NOLAN

Re: CASE # 07C 6661 = HAVE NOT RECIEVED GOVERNMENT'S RESPONSE AS OF YET!

FRI. 1/4/08

**FILED**
JAN 14 2008
1-14-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Honorable Judge Nolan

I am writing in regards to my 28 U.S.C. § 2255, which was assigned to you - and Judge Holderman. I am somewhat worried, reason being the Government was given to December 20, 2007 to respond, and I was given to Jan 18, 2008 to reply. Today is Fri Jan 4, 2008 and I have not recieved any notice of extension of time to file a response, from the Government, if I should recieve a notice as of late by the Government, that is anything other than a filing for extension of time, is it fair to say that I would recieve ample time as to fairly and just, as to file beyond the Jan 18, 2008 date I was given? Please take note as to the fact, that I recieved notice [Docket Entry Text] dated 11/28/07 that the Government has to Dec. 20, 2007 to file a response! Please also take note that I am in a prison that is run on a strict time schedule and on occasion, a slight chance that we are locked down at times, therefor I will not have access to any legal materials, such as case logs, or typewriter, ok. This is the reason I am writing you Honorable Judge Nolan to make sure I cover all the bases as to rules and procedures as to this legal matter.

Thank you for your time & patience, Honorable Judge Nolan

Sincerely,

pro se Frank Rodriguez #13950-424