## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6661 | **DATE** | 1/17/2008 |
| **CASE TITLE** | United States of America vs. Frank Rodriguez | | |

**DOCKET ENTRY TEXT**

Defendant Frank Rodriguez's Motion for Default Judgment [12] is denied.  The government filed a response to Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence on January 14, 2008 [10], in compliance with this court's order of January 10, 2008 [9].  Defendant Rodriguez's reply is due February 15, 2008.

Notices mailed.

**STATEMENT**

Courtroom Deputy Initials: