UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
FEB 0 8 2008
2-8-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FRANK RODRIGUEZ, Pro Se )
    Movant, )
 )
 )
 )    Case No.: 07-C-6661
v. )    Crim No.: 01-CR-567-2
 )
 )
 )
UNITED STATES OF AMERICA, )
    Respondent. )

MOTION SEEKING ENLARGEMENT OF TIME
IN WHICH TO FILE MERITORIOUS OBJECTIONS TO
THE GOVERNMENT'S RESPONSE OF MOVANT'S § 2255 PETITION

AND NOW comes Movant Frank Rodriguez, Pro Se, and hereby respectfully urges and moves this Honorable Court grant Movant's motion seeking a thirty (30) day enlargement of time in which to submit objection(s) to the government's response of Rodriguez's § 2255. The sought after enlargement of time will provide Movant the opportunity to conduct the required research necessary to support his position when rebuking the government's argument(s) and response. In further support of this request, Rodriguez submits the following information to this Court:

(1) Movant Rodriguez is a federally incarcerated inmate at FCI Beckley, Beaver, West Virginia, where said institution is devoid of <u>any</u> staff trained in legal matters in which to assist inmates;

(2) This federal institution is seriously lacking in available federal research materials

        and there is no access whatsoever to West-
law, LEXIS, NEXIS, etc.;

(3)    At the present time, Movant Rodriguez is in the process of securing financial assistance and the necessary funds in which to retain private counsel in the above styled cause;

(4)    The Education Department staff and correctional officers working at FCI Beckley adamantly discourage and threaten inmates who possess formal legal training and skills from assisting other inmates at FCI Beckley, Beaver, West Virginia;

(5)    Inmates who work as clerks in the law library are strictly **forbidden** from assisting inmates in their legal endeavors and active criminal cases;

(6)    This institution and law library is frequently unavailable to inmates because of sporadic "lockdowns" caused by inclement weather such as fog, staff training, holiday(s), inmate disturbances, etc. that result in the closing of the law library. Moreover, the law library is available to inmates for only one (1) hour in the morning, one (1) hour in the afternoon, and three (3) hours in the evening.

WHEREFORE, for the reasons contained herein, Movant Rodriguez, Pro Se, respectfully moves this Honorable Court GRANT Movant the requested thirty (30) day enlargement of time that will better enable him to present all viable issues in a significant and meaningful manner.

Done this **30th** day of January, 2008.

Respectfully submitted,

*[signature]*

FRANK RODRIGUEZ, Pro Se
Reg. # 13950-424
P.O. Box 350
FCI Beckley
Beaver, WV 25813


CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing motion seeking a thirty-day Enlargement of Time in which to file a traverse brief to the Government's Response Brief, has been mailed via first class U.S. mail this **30th** day of January, 2008, to the following party: U.S. Attorney's Office, Everett McKinley Dirksen Federal Building, 219 S. Dearborn St, Chicago, IL 60604.

Respectfully submitted,

*[signature]*

FRANK RODRIGUEZ, Pro Se

PLEASE TAKE NOTE THAT THIS DOCUMENTATION WAS RETURNED TO ME ON 2/1/08 DUE TO IMPROPER POSTAGE, AND WAS PROPERLY POSTED AND PLACED IN THE MAIL BOX ON 2/3/08 FOR MAILING.

THANK YOU!

*[signature]*
# 13950-424

3