# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6661 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Frank Rodriguez vs. USA | | |

**DOCKET ENTRY TEXT**

Movant Frank Rodriguez' motion seeking enlargement of time in which to file meritorious objections to the government's response of movant's §2255 petition is granted. Movant Frank Rodriguez is granted to march 17, 2008 to file objections to the government's response to Rodriguez' §2255 motion. The Court will rule electronically.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|