# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6661 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Frank Rodriguez vs. United States of America | | |

**DOCKET ENTRY TEXT**

It has come to the court's attention that the Supreme Court's decision in *Kimbrough v. United States*, 552 U.S. ___, 128 S. Ct. 558 (2007), possibly may apply to the circumstances of Defendant Frank Rodriguez's sentencing. Accordingly, the court requests that the government provide supplemental briefing on the application of *Kimbrough* to Rodriguez's motion to vacate, set aside, or correct sentence by 9/12/08. *See United States v. Taylor*, 520 F.3d 746, 748 (7th Cir. 2008) (instructing that court may, on its own motion, reconsider crack defendant's sentence). Rodriguez's reply due by 10/12/08. The court will rule electronically and set further dates if necessary.

Notices mailed.

**STATEMENT**

Courtroom Deputy Initials: